RECEIVED

JUN 2 7 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Jarvis Brown — Plaintiff

710737 — Inmate Number

1:19-cv-0847 SEC P

VERSUS

Secretary of State James M. LeBlanc
RLCC Warden McCain; RLCC Lt. Col. Bordelon
RLCC Major Veads; RLCC Lt. Hogan
RLCC Medical Nurse; DPS&C

(Enter above the full name of each defendant in this action.)

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the ~~Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712~~.
Western Dist. of Louisiana 300 Fannin St., Ste. 1167 Shreveport LA 71101

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): Jarvis Brown

   Defendant(s): DPS&C Secretary of State James M. LeBlanc et. al.

2. Court (if federal court, name the district; if state court, name the parish): United States District Court, Middle District of Louisiana transfered to Western Dist.

3. Docket number: 19-cv-194-SWD-RLB transfered to 19-CV-00800

4. Name of judge to whom case was assigned:

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

6. Date of filing lawsuit: March 29, 2019
7. Date of disposition:

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
Yes ( ) No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

II. Place of present confinement: David Wade Corr. Ctr.

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. RLCC-2018-756

2. What steps did you take? Every Step possible using the ARP System within DPS&C, They Same Col. Bonnette investigated other Correctional officials of all who I'm suing including Col. Bonnette

3. What was the result? Denied on all Steps of ARP system within the DPS&C Raymond LaBorde Corr. Ctr.

D. If your answer is No, explain why not:

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Jarvis Brown #710137
Address DWCC, 670 Bell Hill Rd., Homer, Louisiana 71040

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant James M. LeBlanc is employed as DPS&C Secretary of State at Mayflower Baton Rouge, LA 70804

C. Additional Defendants: (RLCC)-Raymond Laborde Corr. Ctr. 1630 Prison Rd Cottonport LA. 71327; RLCC Warden McCain; RLCC Lt. Col. Bordelon; RLCC Maj. Veads; RLCC Lt. Hegger.; RLCC Medical Nurse

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On September 1st, 2018 at apprx. 6:05 am Raymond Laborde Corr. Ctr. Crawdad Unit B2 tier Cell#1 I was removed from Crwd Unit B2 tier Cell#1 to Crawdad Unit Key Closet where Lt. Colonel Stephen Bordelon; Major Jamie Veads; Lt. R. Hegger beat me while fully restrained in the Key Closet Crawdad Unit Raymond LaBorde Corr. Ctr. a Camera is present seeing me leave/being removed from cell#1 B2 tier. And I was denied Medical assistance after being beaten by Correctional officers I was beaten open and close fist/hand by C/O's left me traumatize. I ask C/O's to Stop and they wouldn't

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. Correctional Official to be terminated of employment with DPS&C and compensated the total sum of 100,000 each participant of C/O's

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 6th day of June, 20 19.

Jarvis Brown

[signature]

Signature of plaintiff(s)