LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: RLCC-2018-756

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: BROWN, JARVIS 710737 — Offender Name and Number

RLCC — Living Unit

Response to Request Dated 04/30/2019, Received in this Office on 05/13/2019:

Your request for an administrative review of ARP# RLCC-2018-756 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

Your allegations have been considered. In statements from Major Veade, Lt. Hegger and Lt. Col. Bordelon, they deny your allegations. There is also the results of the investigation conducted by Col. Bonnette which supports these officers statements. There is no reason to doubt the credibility of these officers nor the results of the investigation. You have failed to provide any evidence to substantiate your allegations or that would cause us to believe otherwise. The first step response prepared by the RLCC staff is deemed adequate and appropriate. As such, this office concurs with staff and finds no further investigation warranted. In regards to the statement you wrote in your request to proceed to step two, where you stated "correctional officers are lying and racist/corrupted," the Administrative Remedy Procedure was put in place so offender's could seek formal review of a complaint relating to aspects of his incarceration. It was not intended to be used as a portal for offenders to lash out at staff members by making inappropriate statements (name calling) against them.

Your request for relief is denied.

5/23/19
Date

Secretary's Signature or His Designee