Jarvis Brown #710737
David Wade Corr. Ctr. N4
670 Bell Hill Road
Homer, Louisiana 71040

1:19-cv-0847 SEC P

Hon. Clerk of Court
United States District Court
Western District of Louisiana
Tom Stagg U.S. Court House
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101-3083

RECEIVED
JUN 27 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY KJK

Re: Filing Civil Suit in Good Faith and Timely Fashion Respectfully before this Honorable Court

June 18, 2019

Dear Hon. U.S. Dist Clerk of Court,

I'm writing this missive to filing 42 U.S.C. §1983 etc. Complaint. I'm filing this 42 U.S.C. §1983 etc. Complaint in timely fashion if this Complaint is said to be late its on the LDPSC State Prison Administrators here at David Wade Corr. Ctr. and Raymond Laborde Corr. Ctr. I received the Notarization/Statement back today June 18, 2019 David Wade Corr. Ctr. Classification/Accountant Dir. whom are partially in getting things done within this Prison. I'm currently about to file another civil to my illegal imprisonment here at David Wade Corr. Ctr. and the "Cruel" and "Unusual" punishment/Inhumane Treatment. I'm enclosing this missive representing dignity and honesty respectfully. May Peace Love and Joy be multiplied to you.

Respectfully, God Bless

[signature]