U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 25 2019

TONY R. MOORE, CLERK
BY: _____MB_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JARVIS BROWN, Plaintiff | CIVIL DOCKET NO. 1:19-CV-847-P |
| VERSUS | JUDGE DRELL |
| JAMES LEBLANC, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the Objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the claims against Secretary James LeBlanc are hereby DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A. The Complaints (Docs. 1, 10, 11) will be served on the remaining Defendants pursuant to a separate order.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 24th day of October, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE