UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JARVIS BROWN,<br>Plaintiff | CIVIL DOCKET NO. 1:19-CV-00847 |
| VERSUS | DISTRICT JUDGE DRELL |
| JAMES M. LEBLANC, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Brown's Motion for Partial Summary Judgment (ECF No. 52) is DENIED; Defendants' Motion for Summary Judgment (ECF No. 56) is GRANTED; and Brown's action is DENIED AND DISMISSED WITH PREJUDICE as to all remaining Defendants.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 31st day of August 2021.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT